**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EKUGBERE OWEN OWHE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 3:25-cv-00412-ART-CSD<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANTS TO FILE ELECTRONICALLY**<br><br>Re: ECF No. 37 |

Plaintiffs' Motion for Permission to File Electronically, (ECF No. 37), is **GRANTED**. In order for Plaintiffs to file documents electronically, they are required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiffs shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiffs are instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

DATED: August 13, 2025.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE