UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EKUGBERE OWEN OWHE and DIANA SHERMAINE COOPER,<br><br>                        Plaintiff,<br>  v.<br>USCIS, et al.,<br><br>                        Defendants. | Case No. 3:25-cv-00412-ART-CSD<br><br>ORDER |

Before the Court is the Plaintiffs' Emergency Motion to Lift Stay from August 22, 2025 (ECF No. 40) and Plaintiffs' Emergency Motion for Response to Plaintiffs' Petition from July 25, 2025. (ECF No. 31.) The Court denies both emergency motions by Plaintiffs and orders the Government to provide a status update on pending immigration proceedings by September 5, 2025.

## I.    Relevant background

Plaintiffs' action seeks to compel a decision in their pending immigration proceeding. (ECF No. 1.) The Court earlier stayed this action. (ECF No. 23.) On June 23, 2025, the parties stipulated to continue the stay pending the adjudication of Mr. Owhe's I-485 Application, which was set to be completed on or before August 22, 2025. (ECF Nos. 29, 40 at Ex. A.) On July 25, 2025, Plaintiffs filed an Emergency Motion for Response to Plaintiffs' Petition. (ECF No. 31.) The Response provided by Defendants on July 25, 2025, further indicated that Mr. Owhe also has a pending I-601 Application that USCIS intended to issue a Notice of Intent to Deny within two weeks of filing. (ECF No. 33.) The Notice would require additional response from Mr. Owhe within 33 days or receipt. (*Id.*) On August 22, 2025, Plaintiffs filed their Emergency Motion to Lift Stay. (ECF No. 40.)

## II. Analysis

Plaintiffs' Emergency Motion to Lift Stay fails to comply with LR 7-4, which requires a movant to attach a declaration describing the nature of the emergency, the office addresses and telephone numbers of movant and all affected parties, and either the efforts to meet and confer with opposing party or an explanation that the emergency precludes that requirement. Although Plaintiffs were in communication with counsel for Defendants, they did not meet and confer with opposing counsel before filing their motion. (ECF No. 40 at Ex. A-D.) Accordingly, the Court will deny the motion without prejudice.

Additionally, in its response to Plaintiffs' Emergency Motion for Response to Plaintiffs' Petition (ECF No. 33), Defendants establish a timeline for the next steps in Mr. Owhe's immigration case following its Notice of Intent to Deny that Plaintiffs do not address in their subsequent emergency motion. (ECF No. 40.) Given that Defendants established that additional time is necessary to adjudicate of Mr. Owhe's applications, the Court will also deny Plaintiffs' Emergency Motion for Response to Plaintiffs' Petition (ECF No. 31) without prejudice.

## III. Conclusion

It is therefore ordered that Plaintiffs' Emergency Motion for Response to Plaintiffs' Petition (ECF No. 31) is DENIED without prejudice.

It is further ordered that Plaintiffs' Emergency Motion to Lift Stay (ECF No. 40) is DENIED without prejudice.

The Court further orders Defendants to file a status report regarding pending immigration proceedings by Friday, September 5, 2025

DATED THIS 26th day of August 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE